## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:

John Warren Frame

Case No.: ___16-19238___

Chapter: _____7_____

Judge: _____ABA_____

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on _____09/13/16_____ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 406 West Maple Avenue<br>Wildwood, NJ<br>Value $209,213. - value may be substantially less, home needs major repairs |
|---|---|

| Liens on property: | $90,997. Shellpoint Mortgage<br>$37,101. Bank of America |
|---|---|

| Amount of equity claimed as exempt: | $23,675. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: ___Brian S. Thomas, Chapter 7 Trustee___

Address: ___327 Central Avenue, Suite 103, Linwood, NJ 08221___

Telephone No.: ___609-601-6066___

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-19238-ABA
John Warren Frame                                                   Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Aug 09, 2016
                             Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2016.
db              +John Warren Frame,    406 West Maple Avenue,    Wildwood, NJ 08260-2312
516172454       +Bank Of America,    Nc4-102-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516172455       +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516172456       +Bank of New York,    co Parker McCay,    9000 Midlantic Dr #300,    Mount Laurel, NJ 08054-1539
516172457       +City of Wildwood Sewer,    4400 New Jersey Av,    Wildwood, NJ 08260-1799
516172458       +Coll & Recoveries Plea,    201 Tilton Rd,    Northfield, NJ 08225-1247
516172463       +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2016 23:32:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2016 23:32:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516172459       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 09 2016 23:33:11     Credit Coll,
                 Po Box 9133,    Needham, MA 02494-9133
516172460       +E-mail/Text: mrdiscen@discover.com Aug 09 2016 23:31:43     Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
516172461       +E-mail/Text: fggbanko@fgny.com Aug 09 2016 23:31:48     Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
516172462        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2016 23:30:15
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
516172464       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2016 23:30:11     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                        TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                        Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
           Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
           Brian  Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
           Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Vincent E. Villamor    on behalf of Debtor John Warren Frame vevillamor@gmail.com,
           vevillamor@gmail.com
                                                                                        TOTAL: 4