**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John Warren Frame** | Social Security number or ITIN **xxx–xx–1253** |
| | First Name   Middle Name   Last Name | EIN __−_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __−_____ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **16–19238–ABA**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Warren Frame

8/12/16

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-19238-ABA
John Warren Frame                                                                Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 12, 2016
                              Form ID: 318             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db            +John Warren Frame,    406 West Maple Avenue,    Wildwood, NJ 08260-2312
516172456     +Bank of New York,    co Parker McCay,    9000 Midlantic Dr #300,    Mount Laurel, NJ 08054-1539
516172457     +City of Wildwood Sewer,    4400 New Jersey Av,    Wildwood, NJ 08260-1799
516172458     +Coll & Recoveries Plea,    201 Tilton Rd,    Northfield, NJ 08225-1247
516172463     +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Aug 12 2016 21:43:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2016 21:37:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2016 21:37:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516172454     +EDI: BANKAMER.COM Aug 12 2016 21:43:00      Bank Of America,    Nc4-102-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516172455     +EDI: BANKAMER.COM Aug 12 2016 21:43:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516172459     +EDI: CCS.COM Aug 12 2016 21:43:00      Credit Coll,    Po Box 9133,    Needham, MA 02494-9133
516172460     +EDI: DISCOVER.COM Aug 12 2016 21:43:00      Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,    New Albany, OH 43054-3025
516172461     +E-mail/Text: fggbanko@fgny.com Aug 12 2016 21:37:30      Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
516172462      EDI: PRA.COM Aug 12 2016 21:43:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
516172464     +EDI: RMSC.COM Aug 12 2016 21:43:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
                                                                                            TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
              Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
              bthomas@ecf.epiqsystems.com
              Brian  Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
              jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Vincent E. Villamor    on behalf of Debtor John Warren Frame vevillamor@gmail.com,
              vevillamor@gmail.com
                                                                             TOTAL: 4